**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,  )  | CR-06-01160-PHX-MHM |
| Plaintiff,  ) | |
| vs.  ) | |
| Anthony Lee Koester,  ) | **ORDER** |
| Defendant.  ) | |

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on July 8, 2010.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a preliminary revocation hearing.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a danger to the community. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 19th day of July, 2010.

Lawrence O. Anderson
United States Magistrate Judge